1  Scott H. Frewing (SBN 191311)
   Andrew P. Crousore (SBN 202195)
2  Jay Cha-young Kim (SBN 266360)
   Victoria A. Kovanis (SBN 289275)
3  **BAKER & McKENZIE LLP**
   660 Hansen Way
4  Palo Alto, CA 94304-1044
   Telephone: +1.650.856.2400
5  Facsimile: +1.650 856.9299
   scott.frewing@bakermckenzie.com
6  andrew.crousore@bakermckenzie.com
   jay.kim@bakermckenzie.com
7  victoria.kovanis@bakermckenzie.com

8  Attorneys for Plaintiff
   Facebook, Inc.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13 | FACEBOOK, INC. AND SUBSIDIARIES, | Case No. 3:16-cv-05884
14 |                                  | CERTIFICATION OF INTERESTED
   | Plaintiff,                       | ENTITIES OR PERSONS, AND
15 |                                  | CORPORATE DISCLOSURE
   | v.                               | STATEMENT
16 |                                  |
   | INTERNAL REVENUE SERVICE,        |
17 |                                  |
18 | Defendant.                       |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856-2400

655305

Case No. 3:16-cv-05884
Certification of Interested Entities or Persons, and Corporate Disclosure Statement

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-15, Plaintiff Facebook, Inc. ("Facebook") states that it does not have a parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Facebook, through its undersigned counsel below, certifies that other than the named parties to this action, no other interest identified in Civil L.R. 3-15(b)(1) is currently known. To the extent the undersigned becomes aware of any such interest at a later time, Facebook will immediately update this disclosure.

Dated: October 11, 2016.          BAKER & McKENZIE LLP


/s/ Scott Frewing
Scott H. Frewing


/s/ Drew Crousore
Andrew P. Crousore

Attorneys for Plaintiff
FACEBOOK, INC.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856-2400

655305

1

Case No. 3:16-cv-05884
Certification of Interested Entities or Persons, and Corporate Disclosure Statement