# Attachment A to Facebook's Motion to Compel:
# Metadata Fields Requested

|     | **Metadata Field**  | **Description**                                                                                              |
|-----|---------------------|--------------------------------------------------------------------------------------------------------------|
| 1.  | BegDoc              | Starting Bates number (including prefix), no spaces                                                          |
| 2.  | EndDoc              | Ending Bates number (including prefix), no spaces                                                            |
| 3.  | BegAttach           | Starting Bates number of parent in a family group (only populate this field if the document is part of a family) |
| 4.  | EndAttach           | Ending Bates number of last attachment (only populate this field if the document is part of a family)        |
| 5.  | Organization        | Organization where data was collected from                                                                   |
| 6.  | Volume              | Production volume number (ex: VOL001)                                                                        |
| 7.  | Custodian           | Custodian/source (format: last, first OR ABC Dept)                                                           |
| 8.  | Author              | Creator of the document                                                                                      |
| 9.  | To                  | Recipient (last name, first name)                                                                            |
| 10. | From                | Author (last name, first name)                                                                               |
| 11. | CC                  | Carbon copy recipients (last name, first name)                                                               |
| 12. | BCC                 | Blind carbon copy recipients (last name, first name)                                                         |
| 13. | Email Subject       | Subject line of the email message                                                                            |
| 14. | Subject             | Subject /document title                                                                                      |
| 15. | Date Created        | Date created                                                                                                 |
| 16. | Date Last Modified  | Date last modified                                                                                           |
| 17. | Date Sent           | Date sent                                                                                                    |

| 18. | Date Received | Date received |
|---|---|---|
| 19. | MailStore | Name of the email file (ex: custodian name.pst) |
| 20. | MSGHEADER | Content of email message header |
| 21. | MSGCLASS | Exchange message class or equivalent |
| 22. | CONVINDEX | Conversation index (email system ID used to track replies, forwards, etc.) |
| 23. | File Name | File name of file as it appeared in its original location |
| 24. | Application | Application used to create the native file (ex: Microsoft Office Word) |
| 25. | File Extension | File extension for the file (ex: .doc, .pdf) |
| 26. | Record Type | Use the following choices: Image, Loose Email, Email, EDoc, Image Attachment, Loose Email Attachment, Email Attachment, Edoc Attachment  (populate this field for every document) |
| 27. | File Size | Native file size in bytes |
| 28. | MD5 Hash | MD5 Hash value used for de-duplication (email hash values must be run with the email and all its attachments) |
| 29. | Page Count | Number of pages in a document |
| 30. | Comments | Comments from the body of the file |
| 31. | FilePath (also known as "Nativelink") | Relative file path location to the native file |
| 32. | Extracted Text | Relative file path of the text file associated with either the extracted text or OCR |