1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  FACEBOOK, INC. AND SUBSIDIARIES, | Case No.  3:16-cv-05884-LB |
| 12         Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AND DENYING DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 13         v. | |
| 14  INTERNAL REVENUE SERVICE, | |
| 15         Defendant. | Date:     June 15, 2017<br>Time:    10:30 am |
| 16 | Dept.:    Courtroom 15-C |

17     It is hereby ORDERED that Plaintiff's motion to compel is GRANTED and Defendant's

18  cross-motion for partial summary judgment is DENIED.

19     The IRS is hereby ordered to produce spreadsheet (e.g., Microsoft Excel), word processing

20  document (e.g., Microsoft Word), and presentation (e.g., Microsoft PowerPoint) files ("files") as

21  follows:

22  (1)  to the extent no redactions are required for a file, the IRS must produce the file in native

23       format;

24  (2)  to the extent the IRS determines that it must redact metadata because of an exemption, the

25       IRS is ordered to produce the files in their native electronic form, without the specific

26       metadata field that is exempt from disclosure and cannot be redacted; and

27  (3)  to the extent the IRS determines the substantive content of a file in electronic form must be

28       redacted, the IRS is ordered to identify the file and to meet and confer with Facebook to

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

1

Case No 3:16-cv-05884-LB
[Proposed] Order Granting Plaintiff's Motion to Compel and Denying Defendant's Cross-Motion for Partial Summary Judgment

1   discuss alternate forms of production based on the number and type of files to be redacted,
2   and if the parties cannot reach agreement, the parties shall raise this issue with the Court.
3   The IRS is also ordered to produce emails in the electronic format in which the IRS
4   maintains them or in a standard "load file" with typical email metadata, including the fields listed in
5   the Attachment A to Facebook's Motion to Compel.  To the extent the IRS determines that metadata
6   associated with an email is exempt from release, the IRS shall redact or delete that specific metadata
7   field for the specific email.
8   **IT IS SO ORDERED.**

10  Dated:

11  HON. LAUREL BEELER
    United States Magistrate Judge

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

2

Case No 3:16-cv-05884-LB
[Proposed] Order Granting Plaintiff's Motion to Compel and Denying Defendant's Cross-Motion for Partial Summary Judgment