RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

RICHARD J. HAGERMAN
STEPHEN S. HO
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-9832
Fax:  (202) 514-6866
Email:     Richard.J.Hagerman@usdoj.gov

*Attorney for the Internal Revenue Service*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC. AND SUBSIDIARIES,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | **Case No. 3:16-cv-05884-LB**<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:   June 13, 2019<br>Time:  11:00 am<br>Dept.:  Courtroom 15-B |

**JOINT CASE MANAGEMENT STATEMENT**

Facebook, Inc. and Subsidiaries (a Consolidated Group) ("Facebook") and the Internal Revenue Service ("IRS"), by and through their counsel below, submit this Joint Case Management Statement.

At issue in this Freedom of Information Act ("FOIA") case are two FOIA requests that Plaintiff submitted to Defendant on August 5, 2016. In general, the requests seek all records related to the IRS's tax audit of Facebook for the 2008, 2009, and 2010 tax years that are maintained in the IRS's administrative, legal, or other files, as well as all communications related to the audit involving any individuals employed by the IRS, the IRS Office of Chief Counsel, or the IRS's contractors.

Since the last joint statement filed on April 4, 2019, the IRS made two additional records

releases.  The IRS will endeavor to continue making monthly productions of responsive, non-exempt records until all such records have been released.

The parties have conferred and concur that the case-management conference should be continued by twelve weeks.

Dated: June 6, 2019

*/s/  RJ Hagerman*
RICHARD J. HAGERMAN
STEPHEN S. HO
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-8994
Email:      Stephen.S.Ho@usdoj.gov

Dated: June 6, 2019

*/s/ Victoria Kovanis*
SCOTT H. FREWING
ANDREW P. CROUSORE
VICTORIA KOVANIS
Attorneys for Plaintiff
FACEBOOK, INC.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
Telephone: (650) 856-2400
Email:      Scott.Frewing@bakermckenzie.com
            Andrew.Crousore@bakermckenzie.com
            Victoria.Kovanis@bakermckenzie.com