1 | Scott H. Frewing (SBN 191311)
Andrew P. Crousore (SBN 202195)
2 | **BAKER & McKENZIE LLP**
600 Hansen Way
3 | Palo Alto, CA 94304-1044
Telephone: +1.650.856.2400
4 | Facsimile: +1.650 856.9299
scott.frewing@bakermckenzie.com
5 | andrew.crousore@bakermckenzie.com

6 | Attorneys for Plaintiff
Facebook, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| FACEBOOK, INC. AND SUBSIDIARIES, | Case No. 3:16-cv-05884-LB |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF CHANGE IN COUNSEL** |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | |

## NOTICE OF CHANGE IN COUNSEL

**PLEASE TAKE NOTICE** that Victoria A. Kovanis of BAKER & MCKENZIE LLP hereby withdraws her appearance as counsel of record for Plaintiff Facebook Inc. in the above captioned matter.

Facebook, Inc. will continue to be represented by BAKER & MCKENZIE LLP.

Dated: June 30, 2021

*/s/ Scott H. Frewing*
SCOTT H. FREWING
ANDREW P. CROUSORE
Attorneys for Plaintiff
FACEBOOK, INC.
Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA  94304
Telephone: (650) 856-2400
Email:    Scott.Frewing@bakermckenzie.com
          Andrew.Crousore@bakermckenzie.com