DAVID A. HUBBERT
Deputy Assistant Attorney General

STEPHEN S. HO
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-8994
Fax: (202) 514-6866
Email:    Stephen.S.Ho@usdoj.gov

*Attorney for the Internal Revenue Service*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC. AND SUBSIDIARIES,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | **Case No. 3:16-cv-05884-LB**<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:    June 30, 2022<br>Time:   9:30 am<br>Dept.: |

**JOINT CASE MANAGEMENT STATEMENT**

Facebook, Inc. and Subsidiaries (a Consolidated Group) ("Facebook") and the Internal Revenue Service ("IRS"), by and through their counsel below, submit this Joint Case Management Statement.

At issue in this Freedom of Information Act ("FOIA") case are two FOIA requests that Plaintiff submitted to Defendant on August 5, 2016. In general, the requests seek all records related to the IRS's tax audit of Facebook for the 2008, 2009, and 2010 tax years that are maintained in the IRS's administrative, legal, or other files, as well as all communications related to the audit involving any individuals employed by the IRS, the IRS Office of Chief Counsel, or the IRS's contractors.

Since the last joint statement filed on March 24, 2022, the IRS has made additional records

releases consisting of four months' worth of productions.  The IRS will endeavor to continue making monthly productions of responsive, non-exempt records until all such records have been released. The parties are still attempting to negotiate in good faith as to how the parties may most efficiently communicate about any challenges Facebook may have relating to the IRS's exemption claims.

      The parties have conferred and concur that the case-management conference should be continued by twelve weeks.

Dated: June 23, 2022

                    */s/ Stephen S. Ho*
                    STEPHEN S. HO
                    Trial Attorney, Tax Division
                    United States Department of Justice
                    P.O. Box 227, Ben Franklin Station
                    Washington, D.C. 20044
                    Telephone:  (202) 616-8994
                    Email:     Stephen.S.Ho@usdoj.gov

Dated: June 23, 2022

                    */s/ Scott Frewing*
                    SCOTT H. FREWING
                    ANDREW P. CROUSORE
                    Attorneys for Plaintiff
                    FACEBOOK, INC.

                    Baker & McKenzie LLP
                    660 Hansen Way
                    Palo Alto, CA  94304
                    Telephone: (650) 856-2400
                    Email:     Scott.Frewing@bakermckenzie.com
                                  Andrew.Crousore@bakermckenzie.com